NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD MURTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7058

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2880, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Todd M. Wesche moves without opposition to withdraw as counsel for Richard Murton.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 14 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sandra W. Wischow, Esq.
Todd M. Wesche, Esq.
Scott D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2011

JAN HORBALY
CLERK